**In the Matter of Gregory H. WHEELER.**

**No. 188 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 10, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of May, 1996, Gregory H. Wheeler having been suspended from the practice of law in the State of New Jersey for a period of two years by Order of the Supreme Court of New Jersey dated June 6, 1995; the said Gregory H. Wheeler having been directed on March 13, 1996, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Gregory H. Wheeler is suspended from the practice of law in this Commonwealth for a period of two years, consecutive to the suspension ordered by this Court on July 8, 1993, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Melvin H. PORTER, Respondent.**

**No. 165 Disciplinary Docket No. 3.**
**Disciplinary Board Nos. 51 DB 93 and 152 DB 95.**

Supreme Court of Pennsylvania.

May 10, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of May, 1996, there having been filed with this Court by Melvin H. Porter his verified Statement of Resignation dated April 4, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Melvin H. Porter be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.